UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. |
| AARON MCNEEL | ) mj # 04-0455-RBC |

### AFFIDAVIT

I, Don Freeman, Deputy United States Marshal, do hereby make oath before Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that in my official capacity I was advised of the existence of a warrant for the arrest of AARON MCNEEL. Said warrant was issued on January 21, 2004 in the District of Maine for violation of conditions of release resulting from a complaint charging AARON MCNEEL with violations of 18 U.S.C. §924(h), 18 U.S.C. §922(j), 18 U.S.C. §924(a)(2) and 18 U.S.C. § 2. I do hereby make oath that this warrant of arrest was executed on January 22, 2004 in New Bedford, Massachusetts by Deputy U.S. Marshals.

DON FREEMAN
Deputy U.S. Marshal

Subscribed and sworn to before me this 22nd day of January, 2004.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

ROBERT B. COLLINGS
U.S. Magistrate Judge
District of Massachusetts

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

AARON McNEEL

WARRANT OF ARREST

CASE NUMBER: 03m21c1

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest AARON McNEEL and bring him or her forthwith to the nearest magistrate to answer a Petition on Revocation of Pretrial Release charging him or her with:

Violation of Conditions of Pretrial Release in violation of Title 18 United States Code, Section 3148

Susan L. Hall
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

January 21, 2004 - Portland, ME
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

A TRUE COPY
ATTEST: William S. Brownell, Clerk
  SL Hall

**SCANNED**

### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Magistrate No. 03-21-C-01 |
| | ) |
| AARON McNEEL | ) |

2004 JAN 21 A 10 42

BY_____
DEPUTY CLERK

### MOTION TO REVOKE BAIL

The United States moves that the Court revoke Defendant's pretrial release. The Government further moves that the Court forthwith issue a warrant for Defendant's arrest. In support of this motion, the United States states the following:

1) On December 12, 2003, this Court issued a Temporary Order of Limited Release. Among the conditions in that Order were that Defendant shall be an active and cooperative participant in the in-patient drug treatment program at the High Point Treatment Center in Plymouth, Massachusetts, where he shall remain until discharged by the Institution staff.

2) As is more fully set forth in the Affidavit of Daniel P. Kelly, which is filed herewith, Defendant has violated the conditions of his limited temporary release in that he will be discharged from the High Point Treatment Center as soon as transportation can be arranged as he provided urine samples on January 10 and 12, 2004, both of which tested positive for opiates.

WHEREFORE, the United States requests that the Court forthwith enter an order on an ex parte basis directing the Clerk to issue a warrant for Defendant's arrest. The United States further requests that, after hearing, the Court enter an order revoking Defendant's pretrial release.

Date: 01/21/04

Respectfully submitted,

Paula D. Silsby
United States Attorney

Darcie N. McElwee
Assistant U.S. Attorney

## AFFIDAVIT OF DANIEL P. KELLY

Now comes the above-named Daniel P. Kelly, and, under oath, hereby deposes and says as follows:

1. I am a U.S. Probation Officer in the District of Maine and have responsibility for the pre-trial supervision of Aaron McNeel, Defendant in <u>United States of America v. Aaron McNeel</u>, Magistrate No. 03-21-C-01.

2. Following his arrest on December 11, 2003 based on the Government's Motion to Revoke Bail, Defendant was temporarily released to attend the High Point Treatment Center in Plymouth, Massachusetts on December 12, 2003.

3. In the Court's Order of Limited Temporary Release, Defendant was required to be an active and cooperative participant in the in-patient drug treatment program and remain at the High Point Institution until discharged by the staff.

3. According to a letter this officer received from Stephen Montembault, Vice-President/COO Residential & Shelter Services at Harmony House for Therapeutic Community Placement, Defendant was transferred from High Point's Plymouth Campus to his facility in New Bedford, Massachusetts on December 29, 2003. While at Harmony House, Defendant was regularly subjected to urine specimen collection.

4. On January 10 and 12, 2004, Defendant provided urine specimens, both of which tested positive for opiates according to reports from the Clinical Science Laboratory, Inc. forwarded to this officer by Stephen Montembault.

5. As a result of these positive tests, Defendant has violated the rules of the High Point/Harmony House program and is to be discharged as soon as possible.

This Affidavit is made in connection with the Government's Motion To Revoke Defendant's Bail in the above-referenced matter.

Dated at Portland, Maine, this 21st day of January, 2004.

*Daniel P. Kelly*
U.S. Probation Officer

Subscribed and sworn to before me this 21st day of January, 2004.

United States Magistrate Judge

## ORDER

The within Motion is hereby GRANTED to the extent that the Clerk is directed forthwith to issue a warrant for Defendant's arrest. The Clerk is further directed to schedule a hearing on the merits of the motion as soon as practical following Defendant's arrest.

Dated: 1/21/04

David M. Cohen
United States Magistrate Judge