# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

AARON McNEEL

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2004M0455RBC | 03-21-C-01 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[ ] Indictment    [ ] Information    [ ] Complaint    [XX] Other (specify)

charging a violation of _____ U.S.C. § the defendant violated Conditions of Pre-Trial Release

**DISTRICT OF OFFENSE**

Maine at Portland

**DESCRIPTION OF CHARGES:**

Violation of Conditions of Pre-Trial Release

**CURRENT BOND STATUS:**

[ ] Bail Fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[ ] Government moved for detention and defendant detained pending detention hearing in District of Offense
[XXX] Other (specify)   The defendant is not entitled to a detention hearing in the District of arrest on a charge of violating release conditions. U.S. v. Zhu, 215 F.R.D. 21 (D.Mass., 2003)

**Representation:** CJA

**Interpreter Required?**    [XX] No    [ ] Yes    Language:

**DISTRICT OF** MASSACHUSETTS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

JAN 2 3 2004
Date

United States District Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE    UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |